ELLIOT ENOKI
United States Attorney
District of Hawaii

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 16 2001

at 4 o'clock and 03 min P M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR01-00191 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [21 U.S.C. § 841] |
| | ) | |
| DAVID CURIEL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

INDICTMENT

The Grand Jury charges:

On or about May 3, 2001, in the District of Hawaii, **DAVID CURIEL**, did knowingly and intentionally possess, with intent to distribute, in excess of fifty (50) grams of methamphetamine, its salts isomers and salts of its isomers or in excess of five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts isomers and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

DATED: Honolulu, Hawaii, May 16 2001.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

ELLIOT ENOKI
United States Attorney
District of Hawaii

CHRIS A. THOMAS
Assistant U.S. Attorney

United States v. David Curiel
"Indictment"
Cr. No. _____

2